# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

WILLIAM JOSEPH LANDRY,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration,

    Defendant.

Case No. 17-CV-171-FHM

## OPINION AND ORDER

On May 30, 2017, the court received a letter written on behalf of Plaintiff, William Joseph Landry, requesting that a date be set for argument of his case. [Dkt. 7].

The case is not in a posture for a schedule to be set because the court file reflects that Defendant has not been served. Defendant has not been served because Plaintiff has failed to provide the Court Clerk with properly completed forms.

Even though Plaintiff is proceeding *pro se*, Plaintiff must still provide forms to the Court Clerk that are properly completed in accordance with Fed.R.Civ.P. 4(a) and 4(i). Plaintiff is therefore required to do the following:

> 1) provide the Court Clerk with Summons forms that are fully completed and properly addressed to: the United States Attorney for the Northern District of Oklahoma; the Attorney General of the United States; and the Commissioner of the Social Security Administration; and
>
> 2) provide the Court Clerk with fully completed USM-285 forms for each of the aforementioned parties.

*See* Fed.R.Civ.P. 4 (i).

Plaintiff is advised that Fed.R.Civ.P. 4(m) generally provides 90 days from the date the complaint is filed in which to serve a defendant. That 90-day period expires in this case

on July 3, 2017.  Plaintiff's failure to provide the completed forms to the Court Clerk on or before July 3, 2017, may result in dismissal of the case.

DATED this 12th day of June, 2017.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE